# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket no. 2:14-cv-501-GZS |
| | ) | |
| KKK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL

Before the Court is Plaintiff's Complaint, contained within the Complaint is a "motion to proceed *in forma pauperis*." The Court assumes that Plaintiff's financial information is as represented in his most recently filed application to proceed *in forma pauperis* (ECF No. 4 in D. Me. Docket # 1:14-cv-416-GZS). Therefore, his Application to Proceed *In Forma Pauperis* (ECF No. 2) is hereby GRANTED. Upon the Court's review of the Complaint, the Court concludes this case must be DISMISSED in accordance with 28 U.S.C. § 1915(e)(2).

To the extent that the handwritten Complaint contains any discernable allegations, it appears that Plaintiff is attempting to bring a *Bivens* action against the KKK and unnamed State Employees. The Complaint invokes the First and Eighth Amendments of the United States Constitution as a basis for relief. The insufficient factual allegations in the Complaint refer to the bombing of African-American churches, particularly the bombing of a church in Birmingham, Alabama that killed four girls. The Court notes that this event took place in 1963. In short, the Complaint does not articulate a personal, particularized injury to Plaintiff and fails to state any timely, plausible claim against the named defendants, particularly a claim that would be properly venued in the District of Maine. Thus, the Court concludes the present Complaint fails to state a claim and must be DISMISSED. Additionally, the Court certifies that any appeal from this Order would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 24th day of November, 2014.